# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2009

137837

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                             SC: 137837
                                             COA: 287894
                                             Oakland CC: 2008-220156-FH

JOHN HANNAH,
      Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the October 21, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009

0217

_____
Clerk